Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
George Lima

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GEORGE LIMA, | Case No.: 5:12-cv-02062-JCG |
| Plaintiff, | /~~PROPOSED~~/ ORDER OF DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.
DATE:  April 30, 2013

_____
THE HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

-1-

1  DATE: April 26, 2013          Respectfully submitted,

2                                LAW OFFICES OF LAWRENCE D. ROHLFING
                                      /s/ *Denise Bourgeois Haley*
3                            BY:_____
                                 Denise Bourgeois Haley
4                                Attorney for plaintiff George Lima

5                             _____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26